USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 20, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**ALLA BERSHADSKAYA,**

                **Plaintiff,**

      **-against-**

**BLOOMINGDALE'S INC.,**

                **Defendant.**

**20-cv-6271 (ALC)(OTW)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within forty-five days.

**SO ORDERED.**

Dated:    January 20, 2021
            New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**